FILED
CLERK, U.S. DISTRICT COURT

SEP 16 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>Angel Parra,<br><br>            Defendant. | Case No. 2:19-CR-3-PSG<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

On arrest warrant issued by the United States District Court for the _____CDCA_____ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _____

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____

IT IS ORDERED that defendant be detained.

DATED: 9/16/2022

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2